Joel T. Shackelford, Esq.     (SBN260987)
**LAW OFFICES OF JOEL T. SHACKELFORD**
12021 Wilshire Blvd., No. 522
Los Angeles, CA 90025
T: (440) 749-1542
F: (310) 861-0648
E: joel@joelshackelfordlaw.com
*Attorneys for defendant and counterclaim plaintiff, RHINO BOSS, LLC dba BODY BOSS*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION - LOS ANGELES)

| | |
|---|---|
| PROLINE DISTRIBUTION SERVICES, INC., a California corporation,<br>Plaintiff,<br><br>vs.<br><br>RHINO BOSS, LLC dba BODY BOSS, an Ohio limited liability company,<br>Defendant.<br>_____<br>AND CROSS-ACTION | Case No. 2:19-cv-08147-PA-JPR<br>*[Hon. Percy Anderson, and Hon. Jean P. Rosenblutch, Magistrate Judge]*<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Date Action Filed: 09/19/2019<br>Discovery Cutoff: 1/2/2021<br>Motion Cutoff: 1/11/2021<br>Trial Date: 3/16/2021 |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: July 27, 2020     **LAW OFFICES OF JOEL T. SHACKELFORD**

*/s/ Joel T. Shackelford*
Joel T. Shackelford, Esq.
Attorneys for defendant and counterclaim plaintiff,
RHINO BOSS, LLC

Dated: July 27, 2020     **ASTOURIAN & ASSOCIATES**

*/s/ Paro Astourian*
Paro Astourian, Esq.
James Galliver, Esq.
Attorneys for plaintiff and counterclaim defendant,
PROLINE DISTRIBUTION SERVICES, INC.

///

///

///

///

///

## [PROPOSED] ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: July 27, 2020

_____
Hon. Percy Anderson
Judge of the United States District Court for the Central District of California